# ORIGINAL

## FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

**AO 10**
**Rev. 1/2006**

| 1. Person Reporting (last name, first, middle initial)<br><br>MEANS, TERRY R | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT | 3. Date of Report<br><br>05/09/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>201 U.S. COURTHOUSE<br>501 WEST 10TH STREET<br>FORT WORTH, TEXAS 76102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Substitute Trustee | Testamentary trust ███████████ |
| 2. Trustee | Testamentary trust of █████████ |
| 3. President, director | ██ Means, Inc. ██████ owned, closely held corporation) |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 16 A 10:30 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 05/09/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Shannon, Gracey, Ratliff & Miller—earnings as "of counsel" |
| 2. 2005 | Means, Inc. (x) |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 05/09/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. The Fort Worth Club | Honorary membership -- (dues) | $ 1,500 |
| 2. The City Club (Fort Worth, TX) | Honorary membership -- (dues) | $ 1,800 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Corsicana Nat'l Bank, Corsicana, Texas (accounts) | A | Interest | L | T | | | | | |
| 2. 1/2 interest in 16-unit apt. bldg. (1985)($250,000) | A | Rent | L | R | | | | | |
| 3. IRA #1 | | | | | | | | | |
| 4. --Chevron Corp. New common stock | A | Dividend | J | T | | | | | |
| 5. --Prime Fund--Capital Res. class (money market) | A | Interest | J | T | | | | | |
| 6. --3M Co. common stock | A | Dividend | J | T | | | | | |
| 7. --Tyco Int'l common stock | A | Dividend | J | T | | | | | |
| 8. --Microsoft common stock | A | Dividend | J | T | | | | | |
| 9. --Home Depot common stock | A | Dividend | J | T | | | | | |
| 10. --Exxon/Mobil Corp. common stock | A | Dividend | J | T | | | | | |
| 11. --Wal-Mart common stock | A | Dividend | J | T | | | | | |
| 12. ABA Members Retirement Plan | | | | | | | | | |
| 13. --Large Cap Growth Equity Fund (x)(see Part VIII) | A | Dividend | J | T | | | | | |
| 14. --Index Equity Fund (x) (see Part VIII) | A | Dividend | J | T | | | | | |
| 15. Corsicana Bankshares common stock (#13 last year) | B | Dividend | J | T | | | | | |
| 16. Testamentary trust ▮▮▮▮ (#14 last yr.) | | | | | | | | | |
| 17. ▮▮▮ Means, Inc. common stock (#15 last year) | | None | L | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Testamentary trust ▓▓ ▓▓▓▓ (#16 last year) | | | | | | | | | |
| 19. --Mineral rights, parcel 1, Lea Co., NM (#17 last year) | A | Royalty | J | Q (9-25-92) | | | | | |
| 20. --Mineral rights, ▓▓▓ Lea Co., NM (#18 last year) | A | Royalty | J | Q (9-25-92) | | | | | |
| 21. Mineral interest, M. Hunt Surv., Freestone Co., TX (x) | B | Royalty | K | S | | | | | |
| 22. Royalty interest, Laura Bingham, Gregg Co., TX (x) | A | Royalty | J | S | | | | | |
| 23. Mineral int., Blk. 31 § 7/T&P RR T1N sur., Howard Co.,TX (x) | A | Royalty | J | S | | | | | |
| 24. Royalty interest, Bailey gas unit, Pecos Co., TX (x) | A | Royalty | J | S | | | | | |
| 25. Overriding royalty, Kathleen Moore "A", Pecos Co., TX (x) | A | Royalty | J | S | | | | | |
| 26. Overriding royalty, Navarro Co., TX (#19 last year) | A | Royalty | J | S | | | | | |
| 27. Overriding royalty, B.H. Grube, Ward Co., TX (x) | A | Royalty | J | S | | | | | |
| 28. Royalty int, Howe ▓▓▓ W#1, Ward Co., TX (#21 last yr) | B | Royalty | K | S | | | | | |
| 29. Royalty int., Hawkins Fld. UN TR ▓▓ Wood Co., TX (x) | A | Royalty | J | S | | | | | |
| 30. Royalty int. Hawkins Fld. UN TR ▓▓ Ward Co., TX (x) | A | Royalty | J | S | | | | | |
| 31. Royalty int., Hawkins Fld. UN TR ▓▓ Wood Co., TX (x) | A | Royalty | J | S | | | | | |
| 32. Royalty int., Hawkins Fld. UN TR ▓▓ Wood Co., TX (x) | A | Royalty | J | S | | | | | |
| 33. Royalty int., M.V. Herbst, Zapata Co., TX (x) | C | Royalty | J | S | | | | | |
| 34. Royalty int., R., Vidaurri Zapata Co., TX (#22 last year) | E | Royalty | K | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraised | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Roy int., St gas unit ▮▮▮ Zapata Co., TX (#23 last yr.) | D | Royalty | K | S | | | | | |
| 36. Lewis Means Inc. (#24 last year) | | | | | | | | | |
| 37. --Baron Small Cap Mutual Fund (x) | A | Dividend | J | T | Bought | 4-22 | J | | |
| 38. --Fidelity Floating Rate High Income Mut. Fund (x) | A | Dividend | J | T | Bought | 3-11 | J | | |
| 39. --First Eagle Global mutual fund (#28 last year) | A | Dividend | J | T | | | | | |
| 40. --Fpa New Income mutual fund (x) | A | Dividend | J | T | Bought | 3-16 | J | | |
| 41. --Julius Baer Int'l Equity mutual fund (x) | A | Dividend | J | T | Bought | 3-14 | J | | |
| 42. --Loomis Sayles Global Bond Retail mutual fund (#26 last yr) | A | Dividend | J | T | | | | | |
| 43. --Muhlenkamp Fund mutual fund (x) | A | Dividend | J | T | Bought | 7-28 | J | | |
| 44. --Pimco Foreign Bond Fund mut. fund (x) | A | Dividend | J | T | Bought | 1-3 | J | | |
| 45. --Selected American shares mut. fund (#27 last year) | A | Dividend | J | T | | | | | |
| 46. --The Growth Fund of Am. mut. fnd. (#29 last year) | A | Dividend | J | T | | | | | |
| 47. --General Motors Acceptance Corp. bonds (x) | A | Interest | J | T | Bought | 8-2 | J | | |
| 48. --West Gate Bank Neb. Cert. Dep. (x) | A | Interest | J | T | Bought | 3-16 | J | | |
| 49. Real estate, Navarro Co., TX (#30 last year) | | None | N | Q 6-24-81 | | | | | |
| 50. Northwestern Mutual "Whole Life" (#31 last year) | B | Dividend | J | T | | | | | |
| 51. Northwestern utual "65 Life" (#33 last year) M | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes: | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraised | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Penn Mutual "Whole Life" (#32 last year) | A | Dividend | J | T | | | | | |
| 53. Rental property, Parker Co., TX (2006) (See Part VIII) | D | Rent | N | S | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 05/09/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 1 of Part VI: The liability listed here on the 2004 and prior reports has been paid off.

Line 2 of Part VII: This property is located in Corsicana, Texas.

Lines 12-14 of Part VII: The ABA Members Retirement Plan, previously reported without elaboration, now is reported with its mutual stock funds components.

Line 53 of Part VII: Filer bought a new home and converted his former home into rental property.

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 05/09/2006 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮      Date **5-10-06**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544